**C. David Pearson, Plaintiff-Appellee, v. Board of Education, Community Unit School District No. Five, Macoupin County, Illinois, Defendant-Appellant.**

Gen. No. 10,302.

Third District.

September 7, 1960.

Droste and Droste, of Mt. Olive (by Robert L. Droste) for defendant-appellant; D. A. McGrady, of Gillespie, for plaintiff-appellee. Opinion by JUSTICE REYNOLDS. **Not to be published in full.**